FILE FOR RECORD
DENTON COUNTY CLERK

JAN 23 2015

JULI LUKE

FILED IN DEPUTY

2nd COURT OF APPEALS
FORT WORTH, TEXAS
2/2/2015 9:23:00 AM
DEBRA SPISAK
Clerk

Cause No. CV-2013-02633

| | | |
|---|---|---|
| Scarlette Rafferty Elliott and | § | In County Court at Law |
| Sean Paul Rafferty | § | |
| | § | |
| v. | § | No. 2 |
| | § | |
| Birchman Baptist Church and | § | |
| Bankers Life and Casualty Co. | § | Denton County, Texas |

## FINAL ORDER

On December 30, 2014 plaintiffs filed a Third Amended Petition seeking damages above the jurisdictional limits of this court. On January 20, 2015 this court entered an order dismissing plaintiffs' case in this court without prejudice.

Prior to the plaintiffs' Third Amended Petition and the order dismissing this court ruled in favor of defendant Birchman Baptist Church with regard to both plaintiff's declaratory judgment and tortious interference causes of action. The court has previously clarified that the court lacks jurisdiction to interpret the Decree of Divorce entered by a State District Court. Hence, this court's rulings as to both causes of action only consider the Insurance Policy and does not attempt to interpret the Decree of Divorce. This court additionally reversed its ruling as to the plaintiffs' fraud cause of action and this court did not rule as to attorney fees. Because the case has been dismissed based upon jurisdictional grounds, this court will make no further rulings or findings in this matter, including, but not limited to, those involving attorney fees.

IT IS THEREFORE ORDERED that the court's previous orders and rulings as to the declaratory judgment and the tortious interference causes of action remain in place to the full extent allowed by law, that the court has made no findings or rulings as to attorney fees or any other matters that were pending before the court prior to

the entering of the order of dismissal, and that this cause is dismissed without prejudice.

Signed and entered on this 23rd day of January 2015.

Robert Ramirez, Judge
County Court at Law No. 2
Denton County, Texas